Bart F. Virden, Judge, concurring. I agree with the majority that the trial court erred in its interpretation of Ark. Code Ann. § 16-93-303. While I also agree that Kimbrell did not fulfill the terms and conditions of his probation, I would hold that the “Order to Waive Supervision Fees” provides the basis for that conclusion. The order is an admission by Kimbrell that he failed to pay supervision fees during his term of probation, and therefore, although the fees were subsequently waived, Kimbrell did not fulfill the terms and conditions of his probation. The order indicates that Kimbrell received a hearing on his motion to waive the fees and contains his .signature. I am more comfortable affirming the.trial court’s decision on this basis than on unproven criminal allegations and a confession that Kim-brell had no opportunity to explain.